No. 71–288.   LAIRD, SECRETARY OF DEFENSE, ET AL. *v.* TATUM ET AL.   C. A. D. C. Cir.   [Certiorari granted, 404 U. S. 955.]   Motion of Sam J. Ervin, Jr., for additional time to participate in oral argument as *amicus curiae* denied.   Permission for two counsel to argue on behalf of respondents granted.

No. 71–1024.   SIXTY-SEVENTH MINNESOTA STATE SENATE *v.* BEENS ET AL.; and

No. 71–1145.   SIXTY-SEVENTH MINNESOTA STATE SENATE *v.* BEENS ET AL.   Appeals from D. C. Minn.   Motion to expedite denied.   Cases consolidated.   Reported below: 336 F. Supp. 715.

No. 71–1128.   KELEMEN ET AL. *v.* SERBIAN ORTHODOX CHURCH CONGREGATION OF ST. DEMETRIUS OF AKRON. Sup. Ct. Ohio.   Motion for consolidation with Nos. 71–563 [*Rohrbaugh* v. *Presbytery of Seattle, Inc.*] and 71–867 [*Simich* v. *Milisavljevic*] denied.

No. 71–5255.   BARKER *v.* WINGO, WARDEN.   C. A. 6th Cir.   [Certiorari granted, 404 U. S. 1037.]   Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted.   Motion of M. Curran Clem to permit Robert W. Willmott, Jr., for leave to argue orally *pro hac vice* on behalf of respondent granted.

No. 71–5833.   ALEXANDER *v.* MINNESOTA.   Motion for leave to file petition for writ of certiorari denied.

No. 71–5819.   BOYD *v.* GAFFNEY, WARDEN; and

No. 71–5847.   HITCHCOCK *v.* EYMAN, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–949.   GARRISON ET AL. *v.* BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.   Motion for leave to file petition for writ of mandamus and/or other relief denied.